**90–1898.** State v. Pierce. *Delaware County,* No. 89–CA–30. On motion for leave to exceed page limit. Motion granted.

Moyer, C.J., Holmes and Wright, JJ., dissent.

On motion for leave to supplement appendix. Motion granted.